| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  ADRIAN T. KINSELLA<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>   Facsimile:  (916) 554-2900 | **FILED**<br>Dec 08, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

6  Attorneys for Plaintiff
   United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS |
|---|---|
| 120 KEMPER STREET, VALLEJO, CALIFORNIA 94589 | 2:20-SW-1072 CKD |
| 2000 CLAY BANK ROAD APARTMENT R7, FAIRFIELD, CALIFORNIA 94533 | 2:20-SW-1073 CKD |
| A 2004 DODGE RAM, CALIFORNIA LICENSE PLATE 7N66889, VIN# 1D7HA18D44S771476 | 2:20-SW-1074 CKD |
| 2011 TOYOTA CAMRY, CALIFORNIA LICENSE PLATE 8MVU345, VIN# 4T1BK3EK2BU11965 | 2:20-SW-1075 CKD |
| 2011 TOYOTA CAMRY, CALIFORNIA LICENSE PLATE 6LEA286, VIN# 4T1BF3EK3BU125245 | 2:20-SW-1076 CKD |
| THE PERSON OF MICHAEL PITRE, DOB XX/XX/1985 | 2:20-SW-1077 CKD |

//

//

//

//

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS

## ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: December 8, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS